UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILISSA LYNN ROGERS,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:17-cv-383

HON. JANET T. NEFF

## **ORDER**

This is a civil action filed pursuant to 42 U.S.C. § 1983. Defendant Carmen Palmer, the only remaining defendant at this time, filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 6, 2019, recommending that this Court grant the motion and that this matter be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 136) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 134) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: March 27, 2019         /s/ Janet T. Neff
                              JANET T. NEFF
                              United States District Judge